UST-32, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| DONAHUE, MICHAEL S. | ) | Case No. 08-14587-PHX RTB |
| DONAHUE, CRYSTAL L. | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| MYER, CRYSTAL L. | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

DALE D ULRICH, Trustee, reports that the following distribution has been returned to the trustee because the claimant is not currently servicing this account:

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| | | Chase Student Loans<br>PO Box 523<br>Madison, MS  39130 | $512.09 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $ 512.09 to the Clerk of the Court to be deposited in the Registry thereof.

| September 23, 2010 | /s/ DALE D ULRICH |
|---|---|
| DATE | DALE D ULRICH, TRUSTEE |